8833. EVANS *v.* FARMERS & MERCHANTS BANK. ·

8836. REECE *v.* FARMERS & MERCHANTS BANK.

BROYLES, P. J. Under the ruling in *Sloan* v. *Farmers & Merchants Bank,* ante, 123 (92 S. E. 893), the court did not err in sustaining the demurrer to the amended answer and striking it, or in thereafter directing a verdict for the plaintiff for the full amount sued for.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED AUGUST 3, 1917.

Complaint; from White superior court—Judge J. B. Jones. April 9, 1917.

*G. S. Kytle, C. H. Edwards, B. P. Gaillard Jr.*, for plaintiff in error. *Underwood & Henderson, W. A. Charters*, contra.